IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES E. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-484-NJR-DGW |
| | ) | |
| CHRISTOPHER C. BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are three Motions to Compel filed by Plaintiff (Docs. 39, 40, and 42). They are **DENIED**.

Plaintiff was previously informed that he "is only required to serve his discovery requests upon Defendant. He is not required to file the same with the Court (unless it is related to a motion to compel)" (Doc. 37). Plaintiff now has submitted his requests and captioned the documents as motions to compel. There is no indication in the documents that he actually served the same requests upon Defendants. While a quick perusal of the 5 requests for production of documents reveals that Defendant likely does not have the documents, Plaintiff nonetheless must serve the requests upon Defendant, wait for a response, and *only if the response is untimely or inconsistent with the Federal Rules of Civil Procedure*, file a motion to compel.

In order to move these proceedings along, Plaintiff's previous "Motion for Discovery" (Doc. 36) will be considered by Defendant as a request for production of documents pursuant to Rule 34. Defendant shall respond to same within 30 days of the date of this Order. Only if Plaintiff finds that those responses violate Federal Rule of Civil Procedure 37 may he file a motion to compel to which Defendant shall respond. Plaintiff is WARNED that a frivolous motion to

compel shall be summarily denied.

Again, Plaintiff is reminded that discovery requests must be relevant to the claim in this lawsuit and Defendant is only required to produce documents that are reasonably in his possession. To the extent that Plaintiff is seeking to compel third parties, like the Illinois Department of Corrections and the Illinois Attorney General, to respond to documents requests, these motions can only be **DENIED**. Neither of those entities are Defendants in this matter.

**DATED: May 9, 2018**

**DONALD G. WILKERSON**
**United States Magistrate Judge**